Andrew P. Rundquist (State Bar #262523)
andrew@rundquistlaw.com
Law Office of Andrew P. Rundquist
501 W Broadway, Suite A144
San Diego, CA 92101
(619) 992-9148
Attorneys for Plaintiff Sherlynn Montenegro

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherlynn Montenegro,<br><br>    Plaintiff,<br><br>v.<br><br>Healthcare Revenue Recovery Group, LLC,<br><br>    Defendant. | Case No. 3:23-cv-00564-BEN-DEB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Sherlynn Montenegro and Defendant Healthcare Revenue Recovery Group, LLC, by and through undersigned counsel hereby provide notice this case has settled in its entirety.  The parties anticipate filing a Joint Motion for Dismissal with prejudice within 45 days and request all pending dates and filing requirements be vacated.

Dated:  May 8, 2023                    Law Office of Andrew P. Rundquist
                                         /s/ Andrew P. Rundquist
                                       Andrew P. Rundquist
                                       Attorneys for Plaintiff
                                       Sherlynn Montenegro

Dated:  May 8, 2023                    Carlson & Messer, LLP
                                         /s/ Mackenzie Gonzales
                                       Mackenzie Gonzales
                                       Attorneys for Defendant Healthcare Revenue
                                       Recovery Group, LLC