Andrew P. Rundquist (SBN 262523)
andrew@rundquistlaw.com
Law Office of Andrew P. Rundquist
501 W Broadway, Suite A144
San Diego, CA 92101
(619) 992-9148
Attorney for Plaintiff Sherlynn Montenegro

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherlynn Montenegro,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Healthcare Revenue Recovery Group, LLC,<br><br>　　Defendant. | Case No. 3:23-cv-00564-BEN-DEB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiff Sherlynn Montenegro and Defendant Healthcare Revenue Recovery Group, LLC, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees.

| | |
|---|---|
| Dated:  May 20, 2023 | Law Office of Andrew P. Rundquist<br>/s/ Andrew P. Rundquist<br>Andrew P. Rundquist<br>Attorney for Plaintiff Sherlynn Montenegro |
| Dated:  May 20, 2023 | Carlson & Messer, LLP<br>/s/ Mackenzie Gonzales<br>Mackenzie Gonzales<br>Attorneys for Defendant Healthcare Revenue Recovery Group, LLC |